UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SKY BEAUREGARD,<br><br>    Plaintiff,<br><br>v.<br><br>SUN LIFE INSURANCE COMPANY,<br><br>    Defendant | Civ. Action No. 1:17-cv-00535-JJM-PAS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Sky Beauregard and Defendant Sun Life Assurance Company of Canada, hereby stipulate that plaintiff's complaint in the above-styled action shall be and the same hereby is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii).  Each party shall bear her/its own costs and expenses of litigation.

DATED:  May 14, 2018

By:  /s/ Mark B. Morse
Mark B. Morse
Law Office of Mark B. Morse, LLC
420 Angell Street
Providence, RI 02906
831-0555
Fax: 273-0937
Email: mark@morselawoffice.com *Attorneys for Plaintiff*

By: /s/ Byrne J. Decker
Byrne J. Decker**,** *pro hac vice*
Pierce Atwood LLP
Merrill's Wharf
254 Commercial Street
Portland, ME 04101
207-791-1152
Fax: 207-791-1350
Email: bdecker@pierceatwood.com

/s/ Scott K. Pomeroy
Scott K. Pomeroy
Pierce Atwood LLP
One Financial Plaza
26th Floor
Providence, RI 02903
401-490-3414
Fax: 401-588-5166
Email: spomeroy@pierceatwood.com

CERTIFICATE OF SERVICE

      I certify that I caused the foregoing document to be electronically filed on May 14, 2018 through the Court's CM/ECF system and that this document is available for viewing and downloading from the Court's CM/ECF system.  All counsel of record have been served by electronic means.

Mark B. Morse
Law Office of Mark B. Morse, LLC
420 Angell Street
Providence, RI 02906
831-0555
Fax: 273-0937
Email: mark@morselawoffice.com

Dated:   May 14, 2018              /s/  Byrne J. Decker
                                         Byrne J. Decker, *pro hac vice*